**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RAUL TAMAYO JR., | ) | NO. ED CV 12-1202-SVW(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| ONTARIO POLICE DEPT., et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: July 18, 2013

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE